BLANK ROME LLP
Attorneys for Petitioner
VOC BULK SHIPPING (USA) INC.
LeRoy Lambert (LL-3519)
Brian S. Tretter (BT-6037)
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

**08** (

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOC BULK SHIPPING (USA) INC.,

Petitioner,

-against-

RENSSELAER IRON & STEEL, INC.,

Respondent.

---

RECEIVED

APR 07 2008

U.S.D.C. S.D. N.Y.
CASHIER'S

08 Civ

**RULE 7.1 STATEMENT**

08 cv. 3418 (DC)

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to

enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal,

the undersigned counsel for Petitioner certifies that VOC BULK SHIPPING (USA) INC. has no

corporate parent or publicly held corporation which owns 10% or more of its stock.

Dated: New York, New York
       April 7, 2008

Respectfully submitted,
BLANK ROME LLP
VOC BULK SHIPPING (USA) INC.

By_____

LeRoy Lambert (LL-3519)
Brian S. Tretter (BT-6037)
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

695117.00605/6627307v.1