VOC BULK SHIPPING (USA) INC.,

                            Petitioner,

   -against-                      **AFFIDAVIT OF SERVICE**
                                           Index # 08 Civ. 3418 (DC)

RENSSELAER IRON & STEEL, INC.,

                             Respondent.

COUNTY OF ALBANY  SS:
STATE OF NEW YORK

William M. Irish, being duly sworn, deposes and says:

1. I am over 18 years of age, am employed by Empire Corporate and Information Services, Inc., and am not a party to this action.

2. On June 3rd, 2008, I sent via Federal Express a copy of the following specific papers:  Notice of Hearing on Petition to Confirm Arbitration Award, Petition to Confirm Arbitration Award, Memorandum of Law in Support of Petition to Confirm Arbitration Awards, Individual Practices of Judge Denny Chin and Electronic Case Filings Rules and Instructions, to:

Rensselaer Iron & Steel, Inc.
Attn:  Gary Grimmel
35 Riverside Avenue
Rensselaer, New York 12144

by depositing the same in an official Federal Express depository located in front of the United States Post Office (Albany Main Branch) at 45 Hudson Avenue, Albany, New York 12207.

                                   William M. Irish

Sworn to before me
this 3rd day of June, 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOC BULK SHIPPING (USA) INC.,

Petitioner,

-against-

RENSSELAER IRON & STEEL, INC.,

Respondent.

**AFFIDAVIT OF SERVICE**
Index#08 Civ. 3418 (DC)

---

CITY OF ALBANY  SS:
STATE OF NEW YORK

William M. Irish,  being duly sworn says: Deponent is over the age of eighteen years and is a resident of
New York State, that: Deponent served the following specific papers in the above entitled action: Notice
of Hearing on Petition to Confirm Arbitration Award, Petition to Confirm Arbitration Award,
Memorandum of Law in Support of Petition to Confirm Arbitration Awards, Individual Practices
of Judge Denny Chin and Electronic Case Filings Rules and Instructions,  under Section 306 of the
Business Corporation Law. The corporation which was served was: **RENSSELAER IRON & STEEL,
INC.**

That on the 3rd day of June,  2008 at approx. 1:30 p.m., at the office of Department of State of New
York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering
to and leaving with Carol Vogt known to me to be in the Corporation Division of the Department of State
and empowered to receive such service. That at the time of making such service, deponent paid to the
Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Carol Vogt - Senior Corporation Search Clerk
white female, approx. 50 yrs., 5'2", 100 lbs., brown hair, wears glasses

William M. Irish

Sworn to before me
this 3rd day of June 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

State of New York - Department of State
Receipt for Service

Receipt #:  200806030616                          Cash #: 200806030272
Date of Service:  06/03/2008                    Fee Paid: $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  RENSSELAER IRON & STEEL, INC.


Plaintiff/Petitioner:
            VOC BULK SHIPPING (USA) INC.


Service of Process Address:
C/O SHANLEY, SWEENEY, REILLY & ALLEN, P.
10 THURLOW TERRACE
ALBANY,  NY 12203

                                        Secretary of State
                                        By  CAROL VOGT