WHITEMAN

OSTERMAN

& HANNA LLP

Attorneys at Law
www.woh.com

Christopher E. Buckey
Partner
518.487.7795 phone
cbuckey@woh.com

One Commerce Plaza
Albany, New York 12260
518.487.7600 phone
518.487.7777 fax

July 2, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/3/08
```

**Via Facsimile and Mail**
**(212) 805-7906**

Hon. Denny Chin
United States District Court Southern District of New York
Daniel P. Moynihan U.S. Courthouse, Room 1020
500 Pearl Street
New York, New York 10007

Re:    *VOC Bulk Shipping (USA) Inc. v. Rensselaer Iron & Steel, Inc.*
        *08 Civ. 3418 (DC)*

Dear Judge Chin:

This firm represents Respondent Rensselaer Iron & Steel, Inc. ("Respondent") in the above-referenced proceeding. The petition of Petitioner VOC Bulk Shipping (USA) Inc. ("Petitioner") for an order confirming arbitration awards originally was returnable before the Court on June 30, 2008 and subsequently was adjourned to July 14, 2008.

On behalf of Respondent, we are respectfully requesting an additional adjournment of the return date to August 5, 2008. If the Court grants the request for the additional adjournment, Respondent's papers will be served on or before July 22, 2008. This is Respondent's second request for an adjournment of the return date in this matter and is necessary due to the delays in obtaining the documents associated with the underlying arbitration and the need to retain counsel in London to assist in evaluating the validity of the arbitration and the subject agreement. LeRoy Lambert, Esq., counsel for Petitioner, has again consented to the adjournment.

Please contact me if the Court has any questions.

**APPLICATION GRANTED.**
**SO ORDERED**

Respectfully,

Denny Chin, U.S.D.J.  7/3/08

Christopher E. Buckey

CEB/kac
cc:    LeRoy Lambert, Esq. (via facsimile and first class mail)
       Rensselaer Iron & Steel, Inc.

X:\CEB\New Matters\Rensselaer Iron and Steel\Correspondence\Chin Letter 070208.doc