BLANK ROME, LLP
Attorneys for Petitioner
VOC BULK SHIPPING (USA) INC.
LeRoy Lambert (LL-3519)
405 Lexington Avenue
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VOC BULK SHIPPING (USA) INC.,

   Petitioner,

-against-

RENSSELAER IRON & STEEL, INC.,

   Respondent.

---

08 Civ. 3418 (DC)

**STIPULATION**

The parties having settled the disputes giving rise to this action, it is hereby stipulated and agreed by and between the parties through their undersigned counsel that the action may be, and hereby is, dismissed, with prejudice, each party to bear to its own costs

*August 14, 2008*
*New York, NY*

| BLANK ROME LLP | WHITEMAN OSTERMAN & HANNA LLP |
|---|---|
| Attorneys for Petitioner | Attorneys for Respondent |
| By _____/s/_____ | By _____/s/_____ |
| LeRoy Lambert (LL-3519) | Christopher E. Buckey (CB-0187) |
| 405 Lexington Ave. | One Commerce Plaza, Suite 1900 |
| New York, NY 10174 | Albany, New York 12260 |
| Phone: (212) 885-5000 | Phone: (518) 487-7795 |
| Fax: (212) 885-5001 | Fax: (518) 487-7777 |
| E-mail: llambert@blankrome.com | E-mail: cbuckey@woh.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────────

VOC BULK SHIPPING (USA) INC.,

               Petitioner,               08 Civ. 3418 (DC)

  -against-

RENSSELAER IRON & STEEL, INC.,

               Respondent.

───────────────────────────────────────────────

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 15, 2008, I electronically filed a Stipulation with the Clerk of the United States District Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to the following:

               LeRoy Lambert, Esq.
               Blank Rome, LLP
               405 Lexington Avenue
               New York, NY 10174
               llambert@blankrome.com


               /s/ Carrie L. Lalyer
               _____
               CARRIE L. LALYER